UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON WALLACE,

    Petitioner,

v.

DONALD SPECTER,

    Respondent.

Case No. 14-cv-1498 VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On April 1, 2014, Aaron Wallace, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Wallace did not pay the requisite $5.00 filing fee or file an application for leave to proceed in forma pauperis ("IFP").

On the same day the action was filed, the Clerk of the Court sent a notification to Wallace informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's IFP application.  The Clerk sent Wallace a blank IFP application and told him that he must return the completed application or pay the filing fee within twenty-eight days of the date of the notice or his action would be dismissed.

More than twenty-eight days have passed and Wallace has not paid the filing fee, submitted his IFP application or otherwise communicated with the Court.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
VINCE CHHABRIA
United States District Judge